IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**VAUGHN KELLY, SR.**                                                            **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 3:24-cv-11-MPM-JMV**

**THE KROGER CO., CAC OPERATIONS LLC,**
**AND NOLAN BOOTH**                                            **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Claire K. Robinett, who moves this Court to allow the undersigned counsel, Claire K. Robinett, to withdraw as counsel of record in this matter. In support undersigned states:

1. Co-counsel for Defendant, The Kroger Co., in this matter is currently the undersigned, Claire K. Robinett who is withdrawing from the law firm of Hagwood and Tipton, PC and will no longer serve as co-counsel for Defendant, The Kroger Co.

2. Michael E. Phillips, lead counsel for The Kroger Co., will continue representation of The Kroger Co., along with the law firm of Hagwood and Tipton, PC.

WHEREFORE PREMISES CONSIDERED, Claire K. Robinett respectfully requests that the Court enter an order allowing her to withdraw from the representation of Defendant, The Kroger Co. in this matter.

This, the 7th day of June, 2024.

                                                     **THE KROGER CO.**
                                                     **Defendant**

                                                     HAGWOOD AND TIPTON, PC

                                        BY:    /s/ *Claire K. Robinett*
                                                       Claire K. Robinett (MSB #104984)

OF COUNSEL:

Michael E. Phillips (MSB # 100119)
Claire K. Robinett (MSB #104984)
**HAGWOOD AND TIPTON PC**
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: (601) 608-6300
Facsimile: (601) 362-6342
Email: mphillips@hatlawfirm.com
crobinett@hatlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day filed the foregoing document via the ECF filing system, which sent notice to the following counsel of record:

Olufemi Salu (MSB #100160)
Salu & Salu Law Firm, PLLC
2129 Stateline Road West
Southaven, MS 38617
E-mail: salu@salulawfirm.com
*Counsel for Plaintiff*

Jonathan S. Masters (MSB #99419)
Holcomb Law Group
400 Enterprise Drive
Post Office Drawer 707
Oxford, MS 38655-0707
Telephone: (662) 234-8775
Fax: (662) 238-7552
E-mail: jmasters@holcombgroup.com
*Counsel for CAC Operations, LLC*

This, the 7th day of June, 2024.

                                                  */s/ Claire K. Robinett*
                                                  Claire K. Robinett