**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**VAUGHN KELLY, SR.**                                                  **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 3:24-CV-11-MPM-JMV**

**KROGER LIMITED PARTNERSHIP I,
ET AL.**                                                 **DEFENDANTS**

---

## ORDER CLARIFYING DISCLOSURE OF TRIAL WITNESSES

This matter is before the Court following a telephonic hearing on June 12, 2026, to clarify the status of whether three of Plaintiff's trial witnesses (namely, Paul Burnett, Joseph Rowe, and Colonel Matthew Lott) were timely disclosed. The Court has reviewed the docket, and as was announced at the hearing, the matter has previously been decided by the District Judge on the case.

In the Final Pretrial Order [Doc. 247] entered on May 29, 2026, under "Contested Issues of Law," Issue 14 stated, "Whether Plaintiff properly disclosed certain "May Call" witnesses during discovery. (Defendants have objected to certain witnesses listed by Plaintiff)." Under said issue, in bold, the Court noted as follows:

> NOTE: By order dated 10/21/25 at Doc. 230 the Honorable District Judge Michael P. Mills has ruled that plaintiff's motion in limine at Doc. 219 would be granted. It sought, inter alia, to have the plaintiff's disclosure of three proposed witnesses in the PTO found to have been timely made so as to have them properly appear in the PTO. Thus, this is no longer an operative question of law. However, there is currently pending a motion subsequently filed by Kroger at Doc. 233 to reconsider that ruling and to strike the inclusion of these proposed witnesses. They are Paul Burnett, Joseph Rowe, and Colonel Matthew Lott

[Doc. 247] at 9.

In fact, prior to entry of the Final Pretrial Order [Doc. 247], on May 28, 2026, Judge Mills denied Defendant's motion for reconsideration [Doc. 246]. Accordingly, the issue has been

decided, and Judge Mills has determined that the three proposed witnesses, namely Paul Burnett, Joseph Rowe, and Colonel Matthew Lott, were timely disclosed by Plaintiff.

    **SO ORDERED**, this the 12th day of June, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**